**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| JULIAN OLIVARES, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Case No. 2:14-cv-00966-JRG-RSP |
| | § |
| UNIVERSITY OF CHICAGO ET AL., | § |
| | § |
| Defendants. | § |

## ORDER

On July 27, 2015, the Court held a hearing on two motions: Defendants Margaret R. Greer and Elizabeth Rhodes' Motion to Dismiss the Third Amended Complaint for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer to the Middle District of North Carolina and for Failure to State a Claim (Dkt. No. 34); and Defendant The University of Chicago's Motion to Dismiss the Third Amended Complaint for Lack of Personal Jurisdiction and Improper Venue or, in the Alternative, to Transfer to the Middle District of North Carolina and Motion to Dismiss for Failure to State a Claim (Dkt. No. 35). For the reasons assigned at the hearing:

- Defendants Greer and Rhodes' Motion (Dkt. No. 34) is **GRANTED-IN-PART** as to Defendants' Motion to Transfer to the Middle District of North Carolina.

- Defendant The University of Chicago's Motion (Dkt. No. 35) is **GRANTED-IN-PART** as to Defendant's Motion to Transfer to the Middle District of North Carolina. Accordingly,

IT IS ORDERED that this action be transferred to the United States District Court for the Middle District of North Carolina.

**SIGNED this 27th day of July, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE